UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NUMBER: 15-22626-CIV-LENARD/GOODMAN

ZUMA SEGUROS, C.A.,
    Plaintiff,
vs.

WORLD JET DELAWARE, INC.,
a Delaware Corporation, et al.
    Defendant.
_____/

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Gerardo A, Vazquez hereby withdraws as counsel for Plaintiffs ZUMA SEGUROS, C.A. Mr. Vazquez no longer represents the Plaintiffs.

Plaintiff will continue to be represented in this action by Steven Herzberg.

    Respectfully submitted,

    **VAZQUEZ & ASSOCIATES**

    **By: /s/ Steven B. Herzberg**
    *Attorneys for Plaintiff*
    Florida Bar No. 111541
    701 Brickell Ave Suite 2000
    Miami FL 33131
    Telephone: (305) 371-8064
    Email: sh@gvazquez.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing has been served through the Court's CM/ECF system, and by electronic mail, on this 11th day of October 2017 to Bruce David Green, Esq., Bruce David Green, P.A., 1313 South Andrews Avenue, Ft. Lauderdale, FL 33316 (bgreen@bdgreenpa.com).

**By: /s/ Steven B. Herzberg**
*Attorneys for Plaintiff*
Florida Bar No. 111541
701 Brickell Ave Suite 2000
Miami FL 33131
Telephone: (305) 371-8064
Email: sh@gvazquez.com